| | |
|---|---|
| ELIZABETH DIONICIO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | |
| ) | |
| BRAD ALLISON, Special Agent of the ) | Case No. 3 09 0575 |
| Tennessee Alcohol & Beverage ) | |
| Commission, DANIELLE ELKS, Executive ) | |
| Director of the Tennessee Alcohol & Beverage ) | |
| Commission, and MARK HUTCHENS, Chief ) | |
| Law Enforcement Officer of the Tennessee ) | |
| Alcohol & Beverage & Beverage Commission, ) | |
| in all their individual and official capacities, ) | |
| ) | |
| Defendants. ) | |

*[Handwritten note: DENIED / This motion is GRANTED / Will [signature] / 5-20-10]*

### DEFENDANTS' MOTION FOR LEAVE OF COURT

NOW COME, Defendants Brad Allison, Danielle Elks and Mark Hutchens, through their counsel, the Attorney General and Reporter, pursuant to the Case Management Order entered by this Court on August 17, 2009, and LR 7.01(e)(1), and move this Court for leave to file their Supplemental Memorandum of Law in Support of Motion for Summary Judgment. In support thereof the Defendants state as follows:

1. The Defendant's previously filed their Supplemental Memorandum of Law in Support of Motion for Summary Judgment as Docket Number 76 without first obtaining leave of Court in accordance with the rules of this Court. They now seek leave of Court.