IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| Elizabeth DIONICIO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | |
| ) | |
| Brad ALLISON, Special Agent of ) | |
| the Tennessee Alcohol & Beverage ) | Case No. 3:09-cv-575 |
| Commission, Danielle ELKS, Executive ) | |
| Director of the Tennessee Alcohol & ) | |
| Beverage Commission, and Mark ) | |
| HUTCHENS, Chief Law Enforcement ) | Judge Haynes |
| Officer of the Tennessee Alcohol & ) | |
| Beverage Commission, all in their ) | |
| individual and official capacities, ) | |
| ) | |
| Defendants. ) | |

*[Handwritten order:]* ORDER — This motion is DENIED as Plaintiff has received documents about her from Immigration and Customs Enforcement and the Plaintiff has not overcome the agency's assertion of the enumerated exemptions under the Freedom of Information Act. /s/ William Haynes 6-17-10

**PLAINTIFF'S MOTION TO COMPEL DISCOVERY FROM A NONPARTY
WHICH IS UNOPPOSED BY DEFENDANTS**

Comes now the Plaintiff, by and through her undersigned attorney, and hereby moves this Court to compel production of certain documents pursuant to a subpoena *duces tecum* issued to a federal agent with Immigration and Customs Enforcement (hereafter, ICE), Jonathan Hendrix, who is assigned to the ICE office in Nashville, Tennessee. Agent Hendrix was the primary ICE agent that was involved in the joint operation with the Defendants and the Tennessee Alcoholic Beverage Commission (hereafter, TABC) that is the subject of this action.

The deadline for discovery completion is December 30, 2009.