IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ELIZABETH DIONICIO, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| BRAD ALLISON, Special Agent of the Tennessee Alcohol & Beverage Commission, DANIELLE ELKS, Director of the Tennessee Alcohol & Beverage Commission, and MARK HUTCHENS, Chief Enforcement Officer of the Tennessee Alcohol & Beverage Commission, all in their individual and official capacities, | ) ) ) ) ) ) ) ) ) ) NO. 3:09-cv-00575 JUDGE HAYNES |
| Defendants. | ) |

## ORDER

In accordance with the memorandum filed herewith, Plaintiff's motion for summary judgment (Docket Entry No. 32) is **DENIED**. Defendants' motion for summary judgment (Docket Entry No. 31) is **GRANTED in part** and **DENIED in part**. Plaintiff's claims against Defendant Danielle Elks and Defendant Mark Hutchens are **DISMISSED with prejudice.** Plaintiff's Fourth Amendment claim, failure to supervise claim, section 1357 claim, conspiracy claim, and Privacy Act claim are **DISMISSED with prejudice**. The only remaining claim in this action is Plaintiff's equal protection claim against Defendant Brad Allison. A status conference in this action is set for **Monday, October 29, 2010 at 4:00 p.m.**

It is so **ORDERED**.

ENTERED this the 30th day of September, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge