IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| Elizabeth DIONICIO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | |
| ) | |
| Brad ALLISON, Special Agent of ) | |
| the Tennessee Alcohol & Beverage ) | Case No. 3:09-cv-575 |
| Commission, Danielle ELKS, Executive ) | |
| Director of the Tennessee Alcohol & ) | |
| Beverage Commission, and Mark ) | |
| HUTCHENS, Chief Law Enforcement ) | Judge Haynes |
| Officer of the Tennessee Alcohol & ) | |
| Beverage Commission, all in their ) | |
| individual and official capacities, ) | |
| ) | |
| Defendants. ) | |

*ORDER*

*Given the pending immigration proceedings, this motion is GRANTED.*

*[signature] 10-6-10*

PLAINTIFF'S MOTION IN LIMINE

Comes now the Plaintiff, by and through her undersigned attorney, and hereby moves this Court for an Order directing that all parties and witnesses refrain from referring to (a) the legal or citizenship status of Plaintiff, and (b) the place of birth of Plaintiff.

The reason for this is that Plaintiff filed a Motion to Suppress this information illegally obtained from Plaintiff pursuant to the arrest by TABC complained of in this matter in Immigration Court proceedings. That matter is now upon appeal to the Board of Immigration Appeals. If Plaintiff prevails and the matter is remanded back to Immigration Court, Plaintiff does not want the record of this case to indicate the information described above so as to provide an independent means of discovery of the