IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| Elizabeth DIONICIO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | |
| ) | |
| Brad ALLISON, Special Agent of ) | |
| the Tennessee Alcohol & Beverage ) | Case No. 3:09-cv-575 |
| Commission, Danielle ELKS, Executive ) | |
| Director of the Tennessee Alcohol & ) | |
| Beverage Commission, and Mark ) | |
| HUTCHENS, Chief Law Enforcement ) | Judge Haynes |
| Officer of the Tennessee Alcohol & ) | |
| Beverage Commission, all in their ) | |
| individual and official capacities, ) | |
| ) | |
| Defendants. ) | |

*[Handwritten annotation: "Granted. This motion is GRANTED. [signature] 10-6-10"]*

## MOTION TO STRIKE
## "DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION IN LIMINE"

Comes now the Plaintiff, by and through her undersigned attorney, and moves this Court to strike "Defendants' Response to Plaintiff's Motion in Limine". This motion is made pursuant to FRCP Rule 12(f), which provides that "the court may strike ... immaterial, impertinent, or scandalous matter."

Plaintiff had filed a Motion in Limine for an order from the Court directing all parties to refrain from inquiries or statements to (a) the legal or citizenship status of Plaintiff, and (b) the place of birth of Plaintiff in order to prevent prejudice to the Plaintiff who has other proceedings pending before the Board of Immigration Appeals.