IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| Elizabeth DIONICIO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | |
| ) | |
| Brad ALLISON, Special Agent of ) | |
| the Tennessee Alcohol & Beverage ) | Case No. 3:09-cv-575 |
| Commission, Danielle ELKS, Executive ) | Judge Haynes |
| Director of the Tennessee Alcohol & ) | |
| Beverage Commission, and Mark ) | |
| HUTCHENS, Chief Law Enforcement ) | |
| Officer of the Tennessee Alcohol & ) | |
| Beverage Commission, all in their ) | |
| individual and official capacities, ) | |
| ) | |
| Defendants. ) | |

[handwritten: Granted / Motion to file reply is Granted / 12-14-10]

PLAINTIFF'S MOTION FOR LEAVE OF COURT
AND PROPOSED REPLY TO DEFENDANT'S RESPONSE TO
MOTION FOR SANCTIONS AND EXPENSES
UNDER FRCP RULE 16(f)

Comes now the Plaintiff, by and through her undersigned attorney, and pursuant to L.R. 7.01(b), respectfully seeks leave of this Court to submit this Reply to Defendant's Response to Plaintiff's Motion for Sanctions and Expenses Under FRCP Rule 16(f).

Defendant's Response (Doc. Entry No. 106) to Plaintiff's Motion for Sanctions (Doc. Entry No. 105) is factually and legally incorrect on two critical issues.

First, contrary to Defendant's representation in his Response (Doc. Entry No. 106 at 2), this Court did not deny his Motion for Judgment on the Pleadings (Doc. Entry No. 95) during the status hearing parties attended.[1] In support of his contention, Defendant offers no record of this oral denial. No such record exists. No minute entry reflecting

---

[1] This hearing was on November 1, 2010 – not, as Defendant states, on October 28, 2010.

1