IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ELIZABETH DIONICIO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:09-cv-00575 |
| ) | JUDGE HAYNES |
| BRAD ALLISON, Special Agent of ) | |
| the Tennessee Alcohol & Beverage ) | |
| Commission, DANIELLE ELKS, ) | |
| Director of the Tennessee Alcohol ) | |
| & Beverage Commission, and MARK ) | |
| HUTCHENS, Chief Enforcement ) | |
| Office of the Tennessee Alcohol & ) | |
| Beverage Commission, all in their ) | |
| individual and official capacities, ) | |
| ) | |
| Defendants. ) | |

*ORDER*

*The motion to file a reply is granted.*

DEFENDANT'S RESPONSE TO REQUEST FOR SANCTIONS OR COSTS;
AND MOTION FOR LEAVE TO REPLY TO PLAINTIFF RESPONSE TO
MOTION FOR LEAVE TO AMEND ANSWER

COMES NOW the Respondent, by and through undersigned counsel, and files this Response to Plaintiff's request for sanctions or costs. [Doc. Entry No. 100]. Defendant further Moves for Leave of Court to Reply to Plaintiff's Response to Motion for Leave to Amend his Answer. *Id.*

On November 5, 2010, Defendant Brad Allison moved this Court for permission to file an amendment to his answer specifically reasserting the defense of