# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### AT NASHVILLE

|  |  |
|---|---|
| Elizabeth DIONICIO,<br><br>    **Plaintiff,**<br><br>VS.<br><br>Brad ALLISON, Special Agent of<br>the Tennessee Alcohol & Beverage<br>Commission, Danielle ELKS, Executive<br>Director of the Tennessee Alcohol &<br>Beverage Commission, and Mark<br>HUTCHENS, Chief Law Enforcement<br>Officer of the Tennessee Alcohol &<br>Beverage Commission, all in their<br>individual and official capacities,<br><br>    **Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**Case No. 3:09-cv-575**
**Judge Haynes**

*[handwritten:] ORDER The motion for sanctions is DENIED, Rule in light of the legal authorities cited by the Court. The motion for attorney fees of $7000.00 is GRANTED as Defendants' motions were not justified. [signature] 9-5-11*

### PLAINTIFF'S MOTION FOR SANCTIONS AND EXPENSES UNDER FRCP RULE 16(f)

Comes now the Plaintiff, by and through her undersigned attorney, and submits this Motion for Sanctions and Expenses Under FRCP Rule 16(f).

On October 25, 2010, Defendant filed his Amended Motion on the Pleadings (Doc. Entry No. 92) accompanied by his Memorandum of Law in Support of his Amended Motion (Doc. Entry No. 93).

As pointed out in Plaintiff's Response (Docs. 95 and 95-1), Defendant's motion was untimely because it violated the deadline for filing dispositive motions which this Court set pursuant to FRCP 16(b).

On August 17, 2009, this Court set the deadline for dispositive motions at January 31, 2010. (Doc. Entry No. 13) The Court's Rule 16(b) scheduling order may be

1